IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COURTNEY BROWN,

      Appellant,

v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM
AND ISHEMA SHAMI JONES,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3963

Opinion filed November 12, 2014.

An appeal from a Final Administrative Support Order from the State of Florida, Department of Revenue, Child Support Enforcement Program.

Courtney Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee, Florida Department of Revenue.

PER CURIAM.

      The Motion to Dismiss filed September 18, 2014, is granted. The appeal is dismissed. See Fla. R. App. P. 9.110(c); Fla. R. App. P. 9.190(b).

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.